**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOEL P. ALCARMEN, ALMA S. VALDEZ,**<br>**Plaintiffs,**<br>v.<br>**J.P. MORGAN CHASE BANK F/K/A WASHINGTON MUTUAL BANK,** *et al.***,**<br>**Defendants.** | **Case No.: 13-CV-1575 YGR**<br>**JUDGMENT** |

The issues in this action having been duly considered and the Court having granted Defendant's Motion for Summary Judgment, it is **ORDERED, ADJUDGED AND DECREED** that the complaint is **DISMISSED WITH PREJUDICE**. Judgment is entered in favor of Defendant and against Plaintiffs. Plaintiff shall take nothing by their complaint.

**IT IS SO ORDERED.**

Date: July 8, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**